DANIEL G. BOGDEN
United States Attorney
District of Nevada
MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *mark.woolf@usdoj.gov*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA CHRISTIANSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SALLY JEWEL, Secretary, DEPARTMENT ) <br> OF INTERIOR, ) <br> ) <br> Defendant. ) <br> ) | Case No: 2:16-cv-00188-JAD-VCF <br><br> **STIPULATION TO EXTEND TIME** <br><br> (First Request) |

### STIPULATION TO EXTEND TIME

(First Request)

Pursuant to Local Rule 6-1, the parties hereby stipulate to an extension of time for Federal Defendant Sally Jewel, Secretary of the United States Department of Interior ("Federal Defendant") to file an answer or otherwise respond to the Complaint (ECF No. 1). The answer, currently due by April 11, 2016, shall now be due by Friday, April 29, 2016. In support of the stipulation, Federal Defendant states that additional time is necessary to fully evaluate the merits of the complaint and determine whether early resolution is possible.

///

///

///

///

WHEREFORE, the parties respectfully request that this stipulation be granted and Federal Defendant's answer or other response be due by Friday, April 29, 2016.

Respectfully submitted this 11th day of April 2016.

| | |
|---|---|
| HUTCHISON & STEFFEN, LLC | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Todd W. Prall*<br>JOHN T. STEFFEN (4390)<br>TODD W. PRALL (9154)<br>*Attorneys for the Plaintiff* | */s/ Mark E. Woolf*<br>MARK E. WOOLF<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** April 11, 2016