UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA CHRISTIANSON,<br><br>                Plaintiff(s),<br><br>vs.<br><br>SALLY JEWELL, Secretary of Department of Interior,<br><br>                Defendant(s). | Case No. 2:16-cv-00188-JAD-VCF<br><br>**ORDER** |

      This case has been referred to the early neutral evaluation program, with the undersigned magistrate judge assigned as the settlement judge. Defendant has now filed a motion to dismiss, arguing that Plaintiff's claims fail based on sovereign immunity, failure to exhaust administrative remedies, and failure to state a claim. *See* Docket No. 9. The evaluating magistrate judge "may exempt any case from early neutral evaluation on the judge's own motion." Local Rule 16-6(c). The parties are hereby ORDERED to file, no later than May 9, 2016, a joint statement regarding whether it would be fruitful to conduct an early neutral evaluation in this case.

      IT IS SO ORDERED.

      Dated: May 2, 2016

                                                  _____<br>
                                                Nancy J. Koppe<br>
                                               United States Magistrate Judge