DANIEL G. BOGDEN
United States Attorney
District of Nevada
MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *mark.woolf@usdoj.gov*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA CHRISTIANSON, | ) |
| Plaintiff, | ) Case No: 2:16-cv-00188-JAD-VCF |
| v. | ) **STIPULATION TO EXTEND TIME** |
| SALLY JEWEL, Secretary, DEPARTMENT OF INTERIOR, | ) **TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |
| Defendant. | ) |

### STIPULATION TO EXTEND TIME

(First Request)

Pursuant to Local Rule IA 6-1, Local Rule IA 6-2, and Local Rule 7-1, the parties hereby stipulate to a two-week extension of time for Plaintiff to file a response to Federal Defendant's motion to dismiss (ECF No. 9).  The response, currently due by May 16, 2016, shall now be due by May 31, 2016.[1]  In support of the stipulation, the parties state that Plaintiff and her counsel need additional time to evaluate the issues raised in the motion to dismiss and determine whether resolution is possible short of continued litigation.  This is the first request for an extension of time to file a response to the identified motion.

WHEREFORE, the parties respectfully request that this stipulation be granted and Plaintiff's

---

[1] Two weeks from the date the response is currently due would be May 30, 2016, which is Memorial Day.  Thus, pursuant to Fed. R. Civ. P. 6(a)(1), the deadline should be moved to May 31, 2016, the next day that is not a Saturday, Sunday, or legal holiday.

response to Federal Defendant's motion to dismiss (ECF No. 9) be due by May 31, 2016.

Respectfully submitted this 9th day of May 2016.

| | |
|---|---|
| HUTCHISON & STEFFEN, LLC | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Todd W. Prall*<br>JOHN T. STEFFEN (4390)<br>TODD W. PRALL (9154)<br>*Attorneys for the Plaintiff* | */s/ Mark E. Woolf*<br>MARK E. WOOLF<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE**

**DATED:** May 9, 2016

2