# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LISA CHRISTIANSON,                                   )
                                                     )        Case No. 2:16-cv-00188-JAD-VCF
                        Plaintiff(s),                )
                                                     )
vs.                                                  )        **ORDER**
                                                     )
SALLY JEWELL, Secretary of Department                )
of Interior,                                         )
                                                     )
                        Defendant(s).                )
_____)

Pending before the Court is the parties' joint statement indicating that an early neutral evaluation would not be fruitful in this matter.  Docket No. 15.  Pursuant to Local Rule 16-6(c), this case shall be exempted from the early neutral evaluation program.  The Clerk's Office is INSTRUCTED to remove the ENE flag from this case and to remove the undersigned as the settlement judge.

IT IS SO ORDERED.

Dated: May 23, 2016

_____
Nancy J. Koppe
United States Magistrate Judge