John T. Steffen (4390)
Todd W. Prall (9154)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
jsteffen@hutchlegal.com
tprall@hutchlegal.com

*Attorneys for Plaintiff*
*Lisa Christianson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA CHRISTIANSON, an individual, | Case No. 2:16-cv-00188-JAD-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)** |
| SALLY JEWELL, Secretary, DEPARTMENT OF INTERIOR (BUREAU OF LAND MANAGEMENT) Agency, | ECF No. 19 |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedures, parties hereby stipulate to dismiss this case without prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 31st day of May, 2016

| | |
|---|---|
| HUTCHISON & STEFFEN, LLC | DANIEL G. BOGDEN<br>United States Attorney |
| /S/ *Todd W. Prall*<br>John T. Steffen (4390)<br>Todd W. Prall (9154) | /s/ *Mark E. Woolf*<br>Mark E. Woolf<br>Assistant United States Attorney |
| *Attorneys for Plaintiff* | *Attorneys for the United States* |

## ORDER

Based on the parties' stipulation [ECF No. 19] and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE, each side to bear its own fees and costs. All motions are denied as moot, and the Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey, U.S. District Judge
6/17/16